# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: RAMON L COLON RIVERA
MARIE C VAZQUEZ GREEN

Bkrtcy. No. 10-08440-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 13, 2010
Meeting Date: Oct 28, 2010
DC Track No. 9

Days from petition date: 45
Meeting Time: 10:00 AM

910 Days before Petition: 3/17/2008
☐ Chapter 13 Plan Date: Sep 13, 2010 Dkt.# 2   ☐ Amended.

This is debtor(s) 1 Bankruptcy petition.
Plan Base: $0.00

This is the 2 Scheduled Meeting
Confirmation Hearing Date: Nov 09, 2010   Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $575.00

### I. Appearances:   ☐ Telephone ☐ Video Conference
☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent
☒ Joint Debtor Present   ☒ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined   ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present   ☐ Not Present
☐ Substitute attorney: J. Prieto   ☐ Pro-se.

☒ Creditor(s) present:   ☐ None.
BPPR – Colon
F. Bank – Romero

### II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $1,636.00   Outstanding: $1,364.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: TBD (4)
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool:
38% (6) The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation: (3)
☒ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Clarify how the total amount of $6,100.00 is received.
(2) Submit evidence of expenses for
(3) Submit insurance quote for Peliashu

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Oct 28, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

(4) Debtor must list inherited interest of debtor over lot of land. Sold from his grandfather. Debtor states there's litigation over the land.

(5) Trustee to object Exemption over inherited interest 522(d)(1) — taken in excess.

Trustee / Presiding Officer     Page 2 of 2     Date: Oct. 28, 2010