IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-08440 SEK |
|---|---|
| **RAMON L COLON RIVERA** <br> **MARIE C VAZQUEZ GREEN** | Chapter 13 |
| Debtor(s) | |

# **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule B & C form.

2. That the reason for the amendments is to correct amount of jewelry listed and correct exemption obtained under 522 (d)(1)taken in excess.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 4th day of November of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

B6B (Official Form 6B) (12/07)

IN RE COLON RIVERA, RAMON L & VAZQUEZ GREEN, MARIE C          Case No. 10-08440-13
                    Debtor(s)                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | HOUSHOLD GOODS | J | 6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | WEARING APPAREL | J | 2,500.00 |
| 7. Furs and jewelry. | | JEWELRY | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 TOYOTA SEQUOIA | J | 18,000.00 |
| | | 2006 TOYOTA TOCOMA | J | 1.00 |
| | | IN POSSESSION OF THIRD PARTY AND DEBTOR | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | DEBTORS GRANDFATHER HAS A REAL ESTATE INTEREST OVER HIS DEAD FATHERS INTEREST OVER A LOT OF LAND IN BARRANQUITAS PUERTO RICO. DEBTORS UNCLES AND FAMILY MEMEBERS ARE TRYING TO AQUIRE THE LOT OF LAND REGISTERED AND SEGREGATED UPON HEIRS. DEBTORS PARTICIPTION IF ANY IS ESTIMATED IN $1,000.00 | J | 1,000.00 |

**TOTAL** 29,501.00

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 1/3 INHERITANCE PARTICIPATION OVER SECOND PROPERTY LOCATED AT BO. HELECHAL CARR 152 KM 2.1 BO. QUEDRADILLA, BARRANQUITAS, PR (GAS STATION) | 11 USC § 522(d)(1)<br>11 USC § 522(d)(5) | 7,596.00<br>5,000.00 | 20,000.00 |
| MORTGAGE W/ BPPR OF $240,000.00<br>DEBTORS NET PARTICIPATION $20,000.00 | | | |
| PROPERTY LOCATED AT BO. HELECHAL CARR 143 KM. 48.8 BARRANQUITAS PR W/ 3 BEDROOMS, 3 BATHROOMS (TWO LEVELS) | 11 USC § 522(d)(1) | 35,654.00 | 150,000.00 |
| 1ST MORTGAGE WITH DORAL BANK OF $80,000<br>2ND MORTGAGE WITH DOARL BANK OF $30,000 | | | |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| HOUSHOLD GOODS | 11 USC § 522(d)(3) | 6,000.00 | 6,000.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| JEWELRY | 11 USC § 522(d)(4) | 2,000.00 | 2,000.00 |
| 2005 TOYOTA SEQUOIA | 11 USC § 522(d)(2)<br>11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 6,900.00<br>2,300.00<br>1,800.00 | 18,000.00 |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE COLON RIVERA, RAMON L & VAZQUEZ GREEN, MARIE C          Case No. 10-08440-13
                        Debtor(s)                                      (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____18____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: November 4, 2010            Signature: /s/ RAMON L COLON RIVERA
                                             RAMON L COLON RIVERA                      Debtor

Date: November 4, 2010            Signature: /s/ MARIE C VAZQUEZ GREEN
                                             MARIE C VAZQUEZ GREEN              (Joint Debtor, if any)
                                                               [If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          GE MONEY BANK (SAMS CLUB)                US Bankruptcy Court District of P.R.
0104-3                                   C/O RECOVERY MANAGEMENT SYSTEMS CORP     U.S. Post Office and Courthouse Building
Case 10-08440-SEK13                      25 SE 2ND AVE SUITE 1120                 300 Recinto Sur Street, Room 109
District of Puerto Rico                  MIAMI, FL 33131-1605                     San Juan, PR 00901-1964
Old San Juan
Thu Nov  4 16:36:11 AST 2010

ALLIED INTERSTATE                        BANCO POPULAR DE PR                      BPPR
GE MONEY BANK                            BANKRUPTCY DEPARTMENT                    P O BOX 366818
P O BOX 361774                           PO BOX 366818                            SAN JUAN, PR 00936-6818
COLUMBUS, OH 43236-1774                  SAN JUAN PUERTO RICO 00936-6818


Banco Popular De Puert                   Bank Of America                          CITI FINANCIAL
209 Munoz Rivera Ave                     Po Box 17054                             P O BOX 71328
San Juan, PR 00918-1000                  Wilmington, DE 19850-7054                SAN JUAN, PR 00936-8428


COOP A/C CIALES                          CRIM                                     Claro
P O BOX 1438                             LEGAL COUNSEL OFFICE                     Po Box 360998
CIALES, PR 00638-1438                    PO BOX 195387                            San Juan, PR 00936-0998
                                         SAN JUAN PR 00919-5387


Doral Financial Corp                     FIRST BANK  CREDIT LINE                  Fia Card Services, NA As Successor In Intere
1451 F D Roosevelt Ave                   BANKRUPTCY DIVISION                      Bank of America NA and Mbna America Bank
San Juan, PR 00920-2717                  PO BOX 9146                              1000 Samoset Drive
                                         SAN JUAN P.R. 00908-0146                 DE5-023-03-03
                                                                                  Newark, DE 19713-6000

First Bank Puerto Rico                   First Federal Savings                    MAZA & GREEN
Pob 11865 Fndz Jun                       Consumer Lending O                       33 BOLIVIA ST
San Juan, PR  00910                      San Juan, PR  00908                      SAN JUAN, PR 00917-2000


PRTC                                     RELIABLE FINANCIAL                       SAULO COLON Y/ ELIGIO R COLON
P O BOX 70239                            P O BOX 21382                            CARR 152 KM 2.2
San Juan, PR 00936-8239                  SAN JUAN, PR  00928-1382                 BO QUEBRADILLAS
                                                                                  BARRANQUITAS, PR  00794


SEARS                                    SECURITY  CREDIT SERVICES,LLC            TCPR-Toyota Credit de Puerto Rico Corporatio
P O BOX 6283                             P O BOX 602                              PO BOX 366251
SIOUX FALLS, SD 57117-6283               FORT MILL, SC 29716-0602                 San Juan, Puerto Rico 00936-6251


Toyota Motor Credit Co                   JOSE M PRIETO CARBALLO                   JOSE RAMON CARRION MORALES
300 Las Cumbres Ave Ste                  JPC LAW OFFICE                           PO BOX 9023884
Rio Piedras, PR  00926                   PO BOX 363565                            SAN JUAN, PR 00902-3884
                                         SAN JUAN, PR 00936-3565


MARIE C VAZQUEZ GREEN                    MONSITA LECAROZ ARRIBAS                  RAMON L COLON RIVERA
HC 03 BOX 9030                           OFFICE OF THE US TRUSTEE (UST)           HC 03 BOX 9030
BARRANQUITAS, PR 00794-8306              OCHOA BUILDING                           BARRANQUITAS, PR 00794-8306
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901-1938
```

End of Label Matrix  
Mailable recipients 29  
Bypassed recipients 0  
Total 29