IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

    Ramón L Colón Rivera
    Marie C Vázquez Green

Case No. 10-08440-SEK

Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

The captioned Debtor(s) <u>claimed</u> Exemption pursuant to 11 U.S.C. **§522(d)(1)** in the amount of $3,250.00 property of the estate described in "Schedule B over : Inheritance property in Bo Helechal Rd 152 Km 2.1 Bo Quebradilla Barranquitas P.R. (Gas station). The Trustee objects to aforementioned claimed exemption over described estate property. As ground for the objection, the Trustee states that:

    a. The debtor (s) is not entitled to the claimed exemption under § 522 d (1) since Debtor nor any dependents lives in property mention above.

**WHEREFORE** the Trustee respectfully prays that an order be entered denying the Debtor's claimed exemptions as set out above.

**20 DAYS NOTICE:**The Debtor(s) is hereby notified that unless an opposition to this objection is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 4003(b) The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(S) and to her/his/their ATTORNEY, to their respective address of record.

In San Juan, Puerto Rico this **8**th day of November, 2010.

**JOSE R. CARRION**
CHAPTER 13 TRUSTEES
P O Box 9023884
Old San Juan Station
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3551

By: /S/ Jose R. Carrion