IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

RAMON COLON RIVERA
MARIE C. VAZQUEZ GREEN
    Debtor(s)

Bankruptcy Case
No. 10-08440(SEK)

CHAPTER 13

## STIPULATION

TO THE HONORABLE COURT:

Come now, Banco Popular de Puerto Rico ("BPPR") and debtors, through their respective undersigned counsels, and very respectfully state and stipulate as follows:

1. BPPR holds a claim in the present case for $403,319.77.

2. The security for this claim consists of the following:

   a) Mortgage note for $300,000, plus interest, secured with a first mortgage over property in Quebradillas Ward, Barranquitas, PR ("Finca" 3060).

   b) Mortgage notes for $140,000, plus interest, secured with a first mortgage over property in Helechal Ward, Barranquitas, PR ("Finca" 8419).

3. The appearing parties have reached an agreement for payment of the aforementioned claim, which is as follows:

   a) Debtors consent to the lifting of the automatic stay in favor of BPPR, with respect to the property in Helechal Ward, Barranquitas ("Finca" 8419), upon approval of this stipulation by this Honorable Court.

    b) With respect to the property in Quebradillas Ward, (gas station), debtors will continue making direct payments to BPPR for $2,613.32, until full payment of the debt. The monthly payments will be due the 21st day of each month, and applied to loan 2430436-9001.

    c) The pre-petition arrears for $6,009.85, will be paid through the Trustee.

    d) Debtors will provide BPPR evidence of insurance and payment of property taxes annually.

4. In the event debtors fail to make two (2) consecutive monthly payments to appearing creditor, BPPR will provide them written notice of the arrears through their legal representation. If the arrears are not cured within fifteen (15) days of receipt of notice by counsel, BPPR will request the dismissal or conversion of this case to Chapter 7. A stipulation for lift of stay will also be considered at such time.

5. In the event the instant case is dismissed, BPPR may continue with this agreement, subject to debtors' compliance. Otherwise, BPPR may modify or terminate it.

6. The purpose of this stipulation is to establish a repayment schedule of debtors' existing debt with BPPR, not to originate a new obligation towards the bank.

7. In the event the above captioned case is converted to Chapter 7, debtors consent to the lifting of the automatic stay in favor of BPPR. However, BPPR will not initiate foreclosure proceedings until the Chapter 7 Trustee has filed the corresponding Notice of Abandonment.

8. This stipulation shall bind the parties and their respective successors, privies and assigns.

9. No delay or failure of BPPR in exercising its rights, power and privileges hereunder will be considered a waiver thereof.

10. The appearing parties warrant that the terms and conditions set forth herein are reasonable under the circumstances and that they have acted in good faith in connection with the negotiations of this stipulation and in moving the Court for an Order approving the same.

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an Order approving this stipulation.

### NOTICE OF RESPONSE TIME

You are hereby notified of the filing of a **STIPULATION by BANCO POPULAR DE PUERTO RICO**. If within twenty one (21) days after service as evidenced by this certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for

the District of Puerto Rico.  If no objection or other response is filed within the time allowed herein, the stipulation will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY:**   That the preceding document has been electronically filed with the Clerk of the Court, using the CM/ECF System.   Notice has been sent electronically to attorney for debtors, José M. Prieto Carballo, Esq., jpc@jpclawpr.com; Alejandro Oliveras Rivera, Trustee, aorecf@ch13sju.com; UST, ustpregion21.hr.ecf@usdoj.gov; and by mail to the debtors, Ramón Colón Rivera and María C. Vázquez Green, HC 03 Box 9030, Barranquitas, PR   00794; and other non/CEF participants included in the attached master address list.

Respectfully submitted on this 10th day of November, 2010.

| | |
|---|---|
| JOSE M. PRIETO CARBALLO, ESQ. | MIGDALIA EFFIE GUASP, ESQ. |
| USDC-PR # | USDC-PR #205203 |
| Attorney for Debtors | Banco Popular de PR |
| HC 03 Box 9030 | Special Loans Department |
| Barranquitas PR   00794 | PO Box 362708 |
| Tel. 787-607-2066 | San Juan PR   00936-2708 |
| jpc@jpclawpr.com | Tel.  787-764-3983 |
| | Fax  787-281-4140 |
| | megbky@bppr.com |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08440-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Thu Nov 4 13:46:19 AST 2010 | GE MONEY BANK (SAMS CLUB)<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ALLIED INTERSTATE<br>GE MONEY BANK<br>P O BOX 361774<br>COLUMBUS, OH 43236-1774 | BANCO POPULAR DE PR<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 |
| Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | CITI FINANCIAL<br>P O BOX 71328<br>SAN JUAN, PR 00936-8428 |
| COOP A/C CIALES<br>P O BOX 1438<br>CIALES, PR 00638-1438 | CRIM<br>LEGAL COUNSEL OFFICE<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | Claro<br>Po Box 360998<br>San Juan, PR 00936-0998 |
| Doral Financial Corp<br>1451 F D Roosevelt Ave<br>San Juan, PR 00920-2717 | FIRST BANK CREDIT LINE<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN P.R. 00908-0146 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| First Bank Puerto Rico<br>Pob 11865 Fndz Jun<br>San Juan, PR 00910 | First Federal Savings<br>Consumer Lending 0<br>San Juan, PR 00908 | MAZA & GREEN<br>33 BOLIVIA ST<br>SAN JUAN, PR 00917-2000 |
| PRTC<br>P O BOX 70239<br>San Juan, PR 00936-8239 | RELIABLE FINANCIAL<br>P O BOX 21382<br>SAN JUAN, PR 00928-1382 | SAULO COLON Y/ ELIGIO R COLON<br>CARR 152 KM 2.2<br>BO QUEBRADILLAS<br>BARRANQUITAS, PR 00794 |
| SEARS<br>P O BOX 6283<br>SIOUX FALLS, SD 57117-6283 | SECURITY CREDIT SERVICES,LLC<br>P O BOX 602<br>FORT MILL, SC 29716-0602 | TCPR-Toyota Credit de Puerto Rico Corporatio<br>PO BOX 366251<br>San Juan, Puerto Rico 00936-6251 |
| Toyota Motor Credit Co<br>300 Las Cumbres Ave Ste<br>Rio Piedras, PR 00926 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARIE C VAZQUEZ GREEN<br>HC 03 BOX 9030<br>BARRANQUITAS, PR 00794-8306 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | RAMON L COLON RIVERA<br>HC 03 BOX 9030<br>BARRANQUITAS, PR 00794-8306 |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29